# EXHIBIT "4"



**DISCOVERY • TRIAL CONSULTING • PRESENTATIONS**

**INVOICE**

Please make check payable to:

TrialGraphix
P.O. Box 864045
Orlando, FL 32886-4045

Tax ID: 65-0275197

Billing Inquiries:
Telephone: 800-334-5403
Fax: 305-576-0188

Invoice #: IFL206430
Client #: P1150-01
Date: 11/01/2007
Due Date: Due Upon Receipt
Page: 1 of 1

Mr. Craig Lessner
Peachtree Settlements
Office of the General Counsel
3301 Quantum Blvd, 2nd Floor
Boynton Beach, FL 33426

Ship To/Remarks:
Supersedes Invoice #IFL205901

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| Life Receivables Trust v. Syndicate 102 at Lloyd's... | 34316 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| Case Setup | 1.00 | $1,950.0000 | $1,950.00 |
| Monthly User Fees | 8.00 | $125.0000 | $1,000.00 |
| Monthly Hosting | 48.00 | $25.0000 | $1,200.00 |
| Metadata, Text and Native | 36.00 | $1,950.0000 | $70,200.00 |
| Filtering | 262.00 | $200.0000 | $52,400.00 |
| Subsequent Searching | 38.50 | $225.0000 | $8,662.50 |
| Repository Data Archive | 1.00 | $1,155.0000 | $1,155.00 |
| Discovery Consultant | 17.25 | $325.0000 | $5,606.25 |
| Case Management - Discovery | 26.50 | $195.0000 | $5,167.50 |
| Discovery Technical Specialist | 34.00 | $225.0000 | $7,650.00 |
| Image/OCR/Natilve Load | 19.50 | $225.0000 | $4,387.50 |
| Shipping | 1.00 | $59.8000 | $59.80 |

Comments:
Requested by:
Craig S. Barnett, Esq.
Greenberg Traurig LLP

| | |
|---|---|
| Subtotal | $159,438.55 |
| Tax | $9,566.32 |
| Total | $169,004.87 |

Services rendered after 11/01/2007 will appear on your next month's invoice.

 **TRIALGRAPHIX.**

DISCOVERY • TRIAL CONSULTING • PRESENTATIONS

**INVOICE**

Please make check payable to:

TrialGraphix
P.O. Box 864045
Orlando, FL 32886-4045

Tax ID: 65-0275197

Billing Inquiries:
Telephone: 800-334-5403
Fax: 305-576-0188

**Invoice #:** IFL206074
**Client #:** P1150-01
**Date:** 10/24/2007
**Due Date:** Due Upon Receipt
**Page:** 1 of 1

Mr. Craig Lessner
Peachtree Settlements
Office of the General Counsel
3301 Quantum Blvd, 2nd Floor
Boynton Beach, FL 33426

Ship To/Remarks:

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| Life Receivables Trust v. Syndicate 102 at Lloyd's... | 34316 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| Monthly User Fees | 8.00 | $125.0000 | $1,000.00 |
| Monthly Hosting | 48.00 | $25.0000 | $1,200.00 |
| Scanning | 6,752.00 | $0.1100 | $742.72 |
| Case Management - Discovery | 19.25 | $195.0000 | $3,753.75 |

|  |  |
|---|---|
| Subtotal | $6,696.47 |
| Tax | $401.78 |
| Total | $7,098.25 |

Services rendered after 10/24/2007 will appear on your next month's invoice.