IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GOSHAWK DEDICATED LIMITED and KITE DEDICATED LIMITED, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 1:05-CV-2343-RWS |
| v. | : : | |
| AMERICAN VIATICAL SERVICES, LLC, | : : : | |
| Defendant. | : | |

**ORDER**

This case comes before the Court on the following discovery motions: (i) Non-Party Life Settlement Corporation's Motion for Reconsideration / Clarification [358]; (ii) Defendant's Motion to Compel [368]; (iii) Non-Party Life Settlement Corporation's Motion for Costs of Compliance with Subpoena [391]; and Non-Party Life Settlement Corporation's Motion for Sanctions [392]. The Court finds that it would be aided by oral argument on the matters raised in these Motions. Accordingly, this matter is set for hearing on the 11th day of July, 2008, at 9:30 a.m. in Courtroom 2105, United States Courthouse, Atlanta, Georgia. Plaintiffs are **DIRECTED** to bring all documents over which they claim a privilege and any other documents at issue in Defendant's Motion to Compel [368], should the Court desire to conduct in camera review.

AO 72A
(Rev.8/82)

**SO ORDERED** this  23rd  day of June, 2008.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE